NO. 07-06-0439-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 20, 2007
_____

PARK TERRACE LIMITED PARTNERSHIP, APPELLANT

v.

SARGON KHASHAN AND WIFE, VALENTINE KHASHAN, APPELLEES
_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 91,658-A; HON. HAL MINER, PRESIDING
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Park Terrace Limited Partnership has filed a motion to dismiss the appeal.

No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice